**No. 09-11048. D. Dean Ford, Petitioner v. Allegheny Ludlum.**

562 U.S. 860, 131 S. Ct. 139, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6247.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 363 Fed. Appx. 398.